# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Roderick Lamar Williams,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:08-cv-00041-KDB |
| | ) | 5:03-cr-00005-KDB-8 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 10, 2019 Order.

September 10, 2019

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court